UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KELLY EVERETT, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>ALDI INC. and ALDI )<br>(INDIANA) LLP, )<br>)<br>      Defendants. ) | Case No. 1:07CV0275-RL-RBC<br><br>Judge Lozano<br><br>Magistrate Judge Cosbey |

## AGREED STIPULATION TO DISMISS CLAIMS

The parties hereby stipulate that all claims in this case shall be dismissed with prejudice and request this Court to enter an Order dismissing Plaintiff's claims with prejudice. Defendant does not waive its right to seek enforcement of the Court's April 6, 2009 award of sanctions, however. The parties agree that the Court retain such jurisdiction as necessary to enforce the prior Order of May 12, 2009, requiring Anna Hearn to pay the sanctions previously awarded to Defendant. Defendant consents to the entry of this stipulation.

Respectfully submitted,                                             Respectfully submitted,

**BLACHLY TABOR BOZIK & HARTMAN, LLC**         **SEYFARTH SHAW LLP**

/s/ Jeffrey S. Wrage                                                     /s/ Patricia L. Mehler
Jeffrey S. Wrage (Atty. #18262-64)                           Patricia L. Mehler
56 S. Washington Street Suite 401                          131 S. Dearborn Street, Suite 2400
Valparaiso, Indiana 46383                                         Chicago, IL 60603
(219) 464-1041                                                             312-460-5816
Attorney for Plaintiff                                                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice to the following CM/ECF participants: pmehler@seyfarth.com and Lpolley@hsk-law.com; and interested party, annahearnjd@yahoo.com

/s/ Jeffrey S. Wrage
Jeffrey S. Wrage

CH1 11742758.1